IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Thomas W. Gamba | : |
| | : |
| Plaintiff, | : |
| | : Civil Action No.: 1:21-cv-11129 |
| v. | : |
| | : |
| Universal Dentistry Professional Association, | : |
| | : |
| Defendant. | : |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
## UNDER FED. R. CIV. P. 41 (a)(1)(A)(ii)

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, by and through their respective counsel, hereby stipulate and agree to the dismissal with prejudice of Plaintiff's Complaint and all claims pled therein, with each party to bear its own costs.

| | |
|---|---|
| **Murphy Law Group, LLC** | **Moore Pacaro & Brooks, LLC** |
| | |
| /s/ *Michael Murphy* | /s/ Julie Merritt Pacaro |
| Michael Murphy, Esq. | Julie Merritt Pacaro, Esq. |
| Eight Penn Center, Suite 2000 | 1132 Old York Road |
| 1628 John F. Kennedy Blvd. | Abington, PA 19001 |
| Philadelphia, PA 19103 | TEL: 215-885-3500 |
| TEL: 267-273-1054 | FAX: 215-885-3562 |
| FAX: 215-525-0210 | jpacaro@moore4law.com |
| murphy@phillyemploymentlawyer.com | *Attorney for Defendant* |
| *Attorney for Plaintiff* | |
| | |
| Date: August 9, 2021 | Date: August 9, 2021 |

1

## **CERTIFICATE OF SERVICE**

  I, Michael Murphy, Esquire, hereby certify that on August 9, 2021, I caused a true and correct copy of the foregoing to be electronically mailed to the following counsel:

Julie Merritt Pacaro, Esq.
Moore Pacaro & Brooks, LLC
1132 Old York Road
Abington, PA 19001
Tel: (215) 885-3500
Fax: (215) 885-3562
jpacaro@moore4law.com
*Attorney for Defendant*

               */s/ Michael Murphy.*
               Michael Murphy, Esquire

Dated: August 9, 2021